■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY J. PULLIAM, Appellant.— STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.